IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

JOHN J. MONTAGNE, on his behalf and on behalf of those similarly situated,

    Plaintiff(s),

v.

THE HERSHEY COMPANY,  a Delaware corporation,

    Defendant(s).
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Leave to File Reply in Support of Rule 72 Objections, filed July 5, 2005, is **GRANTED**.  The reply should not exceed ten pages.

Dated:  July 11, 2005

                                          s/ Tisa M. Duckworth
                                          Judicial Assistant