IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

JOHN J. MONTAGNE, on his behalf and on behalf of those similarly situated,

    Plaintiff(s),

v.

THE HERSHEY COMPANY,  a Delaware corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to Reply Re:  Plaintiffs' Rule 72 Objections, filed July 8, 2005, is **GRANTED**.  The reply should not exceed ten pages.

Dated:  July 14, 2005

                                                       s/ Tisa M. Duckworth
                                                       Judicial Assistant