IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01881-WYD-BNB

JOHN J. MONTAGNE,
CHARLES M. KOVACS,
JOHN T. LEGER,
CHRISTINE H. BUKALA,
DEAN R. SCHLEPPI,
DANNY M TRAMMEL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,
on their behalf and on behalf of those similarly situated,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Motion for Protective Order Re: Deposition of John J. Montagne** (the "Motion"), filed June 30, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. I have construed the Motion as a motion to stay the effect of my order of May 25, 2005, concerning the Defendant's Motion to Compel Deposition Testimony and for Sanctions. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. My order of May 25, 2005, is STAYED insofar as it requires Mr. Montagne to answer certain deposition questions to which he has objected based on privilege.

IT IS FURTHER ORDERED that the defendant shall file a status report within 10 days of any ruling on the plaintiffs' objections to that order, including a request for any further relief necessitated by the stay.

Dated July 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge