IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01881-WYD-BNB

JOHN J. MONTAGNE, on his behalf and on behalf of those similarly situated,

Plaintiffs,

v.

HERSHEY FOODS CORPORATION, a Delaware corporation,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to File Under Seal Response to Motion for Sanctions** (docket entry no. 146, the "Motion"), filed on July 29, 2005.

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is advised that docket entry no. 147, the sealed Defendant's Response to Plaintiffs' Motion for Sanctions, will remain under seal.

DATED:  August 5, 2005