IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01881-WYD-BNB

JOHN J. MONTAGNE,
CHARLES M. KOVACS,
JOHN T. LEGER,
CHRISTINE H. BUKALA,
DEAN R. SCHLEPPI,
DANNY M TRAMMEL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,
on their behalf and on behalf of those similarly situated,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.
_____

## AMENDED ORDER
_____

This matter is before me on the **Plaintiffs' Motion for Enlargement of Time for Expert Disclosures** (the "Motion"), filed September 1, 2005. I held a hearing on the Motion on September 23, 2005, and made rulings on the record which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

    **Discovery Cut-Off:**        **February 17, 2006**

    (All discovery must be **completed** by the discovery cut-off. All
    written discovery must be served so that responses are due on or
    before the discovery cut-off.)

    **Dispositive Motions Deadline:**   **March 3, 2006**

    **Expert Disclosures:**

**(a)** The plaintiffs shall designate all experts (other than on the issue of damages, already disclosed) and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 5, 2005**

**(b)** The defendant shall designate all rebuttal experts on the issue of damages and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 17, 2005**

**(C)** The defendant shall designate all other rebuttal experts and provide opposing counsel with all information sp Motion to Compel, at nn.4, 5, and 6. ecified in Fed. R. Civ. P. 26(a)(2) on or before **January 18, 2006**

  **Final Pretrial Conference:** The final pretrial conference set for March 8, 2006, at 8:30 a.m., is VACATED and RESET to **May 2, 2006, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **April 25, 2006**.

  **No further extensions are possible, and none will be granted, in view of the trial date of August 28, 2006**.

  DATED September 28, 2005.

              BY THE COURT:

              /s/ Boyd N. Boland
              United States Magistrate Judge