IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01881-WYD-BNB

JOHN J. MONTAGNE,
CHARLES M. KOVACS,
JOHN T. LEGER,
CHRISTINE H. BUKALA,
DEAN R. SCHLEPPI,
DANNY M TRAMMEL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,
on their behalf and on behalf of those similarly situated,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Plaintiffs' Motion for Sanctions As To Hershey's Multiple Violations of Rule 30(b)(6)** (the "Plaintiffs' Motion for Sanctions"), filed July 6, 2005; and

(2)     **Defendant's Amended Motion for Protective Order With Respect to Depositions** (the "Defendant's Motion for Protective Order"), filed October 7, 2005.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Plaintiffs' Motion for Sanctions is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendant to designate a witness pursuant to Rule 30(b)(6) to respond to the plaintiffs' categories 64, 78, and 82, and to require that representative to appear in Colorado for deposition;

GRANTED to require the defendant to designate a replacement witness pursuant to Rule 30(b)(6) for those categories formerly to be responded to by Patricia Mooney, and to require that representative or those representatives to appear in Colorado for deposition; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Defendant's Motion for Protective Order is GRANTED IN PART and DENIED IN PART as follows:

GRANTED with respect to the requested deposition of Jennifer Chung, which deposition shall not be had. The defendant is ordered, however, to provide a typewritten version of Ms. Chung's handwritten notes; and

DENIED with respect to the requested deposition of Richard Lenny. Mr. Lenny shall appear for a deposition at the place of his principal office, which deposition shall last for not more than four hours.

DATED November 8, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge