IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01881-WYD-BNB

JOHN J. MONTAGNE,
CHRISTINE H. BUKALA,
CHARLES M. KOVACS,
JOHN T. LEGER,
ROBERT C. MCGRATH,
JOSEPH J. RAGUSA,
DEAN R. SCHLEPPI, and
DANNY M. TRAMMELL,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Vacate March 28, 2006, Hearing re: Smith Motion** (the "Motion"), filed on February 14, 2006.

IT IS ORDERED that the Motion is GRANTED and the hearing set for March 28, 2006 is VACATED.

IT IS FURTHER ORDERED that the Third Party Witness Larry Smith's Motion for Enlargement of Time in Which to Respond to Subpoena Duces Tecum, docket entry no. 220, is DENIED AS MOOT.

DATED: February 15, 2006