IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01881-WYD-BNB

JOHN J. MONTAGNE, et al.,

    Plaintiff,

v.

THE HERSHEY COMPANY,  a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Abby G. Hairston's Motion for Leave to Withdraw as Co-Counsel for Defendant (filed March 13, 2006) is **GRANTED**.  Abby G. Hairston is granted leave to withdraw as co-counsel for Defendant.

    Dated:  March 13, 2006

                                           s/ Sharon R. Shahidi
                                           Law Clerk to
                                           Wiley Y. Daniel
                                           U.S. District Court