IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

Plaintiffs,
v.

THE HERSHEY COMPANY, formerly known as HERSHEY FOODS CORPORATION, a Delaware corporation,

    Defendant.

_____

### ORDER GRANTING JOINT MOTION FOR DISMISSAL
### OF CLAIMS OF CERTAIN PLAINTIFFS WITH PREJUDICE
_____

THE COURT, having reviewed Plaintiffs Montagne's, Leger's, and Schleppi's and Defendant's Unopposed Joint Motion for Dismissal of Claims, With Prejudice and, being fully advised in the premises, hereby

ORDERS that Plaintiffs Montagne's, Leger's, and Schleppi's and Defendant's Unopposed Joint Motion for Dismissal of Claims, With Prejudice filed May 23, 2006, is **GRANTED**.  In accordance therewith, it is

ORDERED that all claims that plaintiffs John J. Montagne, John T. Leger, and Dean R. Schleppi (the "Subject Plaintiffs") asserted or could have asserted against defendant, The Hershey Company ("Hershey"), are **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that, except as the Subject Plaintiffs and Hershey may have agreed among themselves, the Subject Plaintiffs and Hershey shall be responsible for their own respective attorneys' fees and costs incurred in connection with the claims of the Subject Plaintiffs asserted in this action.  It is

FURTHER ORDERED that nothing set forth in this Order shall affect any of the claims of plaintiffs Charles M. Kovacs, Christine H. Bukala, Danny M. Trammell, Robert C. McGrath or Joseph J. Ragusa asserted in this action, or any of Hershey's defenses to such claims.  It is

FURTHER ORDERED that the names of the Subject Plaintiffs are deleted from the caption of this case, which shall henceforth appear as set forth above.

Dated:  May 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge