IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M TRAMMEL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion to Vacate Pretrial Conference** [Doc. # 347, filed 5/30/06] (the "Motion"). The Motion requests that the pretrial conference in this case be postponed indefinitely. In support of the Motion, the plaintiffs point to three unresolved discovery motions and argue that they "must have the full time and opportunity to prepare the critically important pretrial order, after they have had the opportunity to obtain and review the discovery identified in the three pending discovery motions."

The trial of this case is set to begin in approximately five months, on October 30, 2006, with a trial preparation conference on October 12, 2006. I cannot say at this point whether the discovery motions will be granted. If they are not, no further discovery will be allowed and a pretrial order entered now will not require amendment. If the motions, or any part of them, are granted, amendment of a pretrial order entered now may be required based on the additional

discovery allowed. Either way, however, the bulk of the information called for in a pretrial order must already be known to the parties. Consequently, it appears to me that the pretrial conference should proceed now, a pretrial order should be entered, and any amendments necessitated by future events or rulings may be considered when and if they arise.

Because the discovery motions have not been ruled on, the likelihood that a pretrial order entered now will have to be amended in the future is speculative and does not constitute good cause to vacate the pretrial conference.

IT IS ORDERED that the Motion is DENIED.

Dated June 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge