IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01881-WYD-BNB

CHRISTINE H. BUKALA,
CHARLES M. KOVACS,
ROBERT C. MCGRATH,
JOSEPH J. RAGUSA, and
DANNY M. TRAMMELL,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter arises on the **Plaintiffs' Motion for Leave to Submit Joint Proposed Final Pretrial Order** [Doc. # 355, filed 6/1/06] (the "Motion"). Good cause having been shown:

     IT IS ORDERED that the Motion is GRANTED. The parties shall submit a proposed final pretrial order with the input of all parties on or before **June 5, 2006**.

DATED: June 2, 2006