IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M TRAMMEL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed pretrial order was refused for the reasons stated at the conference. Consistent with matters discussed at the pretrial conference:

IT IS ORDERED that the parties shall file a revised proposed pretrial order on or before **June 22, 2006**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **June 29, 2006, at 10:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated June 7, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge