IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. MCGRATH, and
JOSEPH J. RAGUSA,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Defendant's Unopposed Motion to File Under Seal Portions of Response to Plaintiffs' Motion to Compel Withheld and Redacted Documents** [Doc. # 327, filed 5/10/2006] and **Defendant's Unopposed Motion to File Under Seal Response to Motion to Compel Deposition of Jennifer Chung** [Doc. # 337, filed 5/10/2006] are GRANTED, compelling reasons having been shown.

     IT IS FURTHER ORDERED that **Plaintiffs' Unopposed Motion to Exceed Page Limit on Plaintiffs' Reply Re: Motion to Compel Withheld and Redacted Documents** [Doc. # 344, filed 5/26/2006] is GRANTED.

     IT IS FURTHER ORDERED that the **Defendant's Motion to Strike Untimely Reply Brief** [Doc. # 346, filed 5/30/2006] is DENIED.

DATED:  July 13, 2006