IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M TRAMMEL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion to Vacate Deposition Designation Schedule** [Doc. # 395, filed 8/2/2006] (the "Motion"). The Motion seeks an order vacating that part of the final pretrial order which requires that designation of deposition testimony to be read at trial be made by August 4, 2006; cross-designations and objections be made by August 25, 2006; and objections to cross-designations be made by September 22, 2006. See *Final Pretrial Order* [Doc. # 371, filed 6/30/2006] at p.22 n.22.

At the time the *Final Pretrial Order* was entered, the case was set for trial beginning on October 30, 2006. The district judge subsequently vacated the trial date.

In addition, at the final pretrial conference I ordered the following:

> With respect to witnesses Walker, West, Smuda, Arline, Klemens,
> Zerphy, Rossi and McGrath, I will require that if they are called

> live by Hershey at any time during the trial, then they must be made
> available live by Hershey during the plaintiffs' case in chief.

*Exhibit B to Hershey's Rule 72 Objections to Order Requiring Corporate Executives to Testify*

*In Person During Plaintiffs' Case* [Doc. # 377-3, filed 7/14/2006] at p.15 lines 10-14.  My order

is the subject of an objection filed by Hershey.  If my order is reversed, the nature of the

deposition designations to be made by the plaintiffs will be materially altered.

Based upon these important changed circumstances, I find that it is appropriate to grant

the Motion and vacate the deposition designation schedule contained in the *Final Pretrial Order*.

A revised schedule may be entered once the trial date and the scope of the designations is made

certain by rulings that will be made by the district judge.

IT IS ORDERED that the Motion is GRANTED.  The deposition designation schedule

contained on page 22, note 22 of the *Final Pretrial Order* is vacated.

Dated August 4, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge