**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   September 14, 2006
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No: **04-cv-01881-WYD-BNB**         Counsel:

**CHRISTINE H. BUKALA, et al.**,                 David C. Feola
                                                 William S. Finger
      Plaintiffs,

v.

**THE HERSHEY COMPANY**,                         Lino S. Lipinsky de Orlov
                                                 Jennifer E. Chung
      Defendant.                         Jennette C. Roberts

_____

**COURTROOM MINUTES**
_____

**HEARING ON OBJECTIONS TO MAGISTRATE JUDGE RULINGS**

**2:37 p.m.**     Court in Session

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

**ORDERED:**   Plaintiffs' Motion in Limine Regarding Destruction of Plaintiff Trammell's House (#378 - 7/21/06) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**   Defendant's Motion in Limine Regarding Waiver of Age Claims Under the OWBPA (#379 - 7/21/06) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**   Defendant's Motion in Limine Regarding Prior Texas Proceeding and Prior Parties (#380 - 7/24/06) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**   Plaintiffs' Motion in Limine (#383 - 7/24/06) is **DENIED WITHOUT PREJUDICE.**

Judge Wiley Y. Daniel
04-cv-01881-WYD-BNB - Courtroom Minutes
Page 2

**ORDERED:** Defendant's Motion in Limine (#385 - 7/24/06) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Future motions in limine are prohibited, unless previously approved by the Court.

Defendant's Appeal of Magistrate Judge Decision (#377 - 7/14/06); Defendant's Appeal of Magistrate Judge Decision (#386 - 7/27/06); and Plaintiffs' Appeal of Magistrate Judge Decision (#388 - 7/27/06) are raised for argument.

| Time | Event |
|---|---|
| 2:46 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 2:58 p.m. | Argument by Plaintiffs (Mr. Feola). |
| 3:05 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 3:10 p.m. | Argument by Plaintiffs (Mr. Feola). |
| 3:14 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 3:20 p.m. | Argument by Plaintiffs (Mr. Feola). |
| 3:36 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 3:39 p.m. | Argument by Plaintiffs (Mr. Feola). |
| 3:42 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 3:55 p.m. | Argument by Plaintiffs (Mr. Feola). |
| 4:10 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 4:13 p.m. | Argument by Plaintiffs (Mr. Feola). |
| 4:27 p.m. | Argument by Defendant (Mr. Lipinsky). |
| 4:36 p.m. | Argument by Plaintiffs (Mr. Feola). |

**ORDERED:** Defendant's Appeal of Magistrate Judge Decision (#377 - 7/14/06) is **OVERRULED.**

Judge Wiley Y. Daniel
04-cv-01881-WYD-BNB - Courtroom Minutes
Page 3

**ORDERED:** Defendant's Appeal of Magistrate Judge Decision (#386 - 7/27/06) is **OVERRULED.**

**ORDERED:** Plaintiffs' Appeal of Magistrate Judge Decision (#388 - 7/27/06) is **SUSTAINED IN PART and OVERRULED IN PART as outlined by the Court.**

**ORDERED:** Defendant shall produce documents to Plaintiffs not later than **Monday, October 16, 2006.**

**ORDERED:** Deposition of Jennifer E. Chung shall take place on **Monday, November 20, 2006, at 8:30 a.m.,** in Magistrate Judge Boyd N. Boland's jury deliberation suite.

**ORDERED:** Issue regarding whether the attorney-client privilege was waived by David West and the portion of the July 13, 2006 Order addressing the review of suspicious redactions shall be recommitted to Magistrate Judge Boland for a clarification of his prior order.

**ORDERED:** Court will lift the stay of discovery previously entered by the Court.

**ORDERED:** Any amendments to the pretrial order will be dealt with by Judge Wiley Y. Daniel.

**ORDERED:** Plaintiffs shall respond to the Defendant's Motion for Summary Judgment by **Friday, December 22, 2006.**

**ORDERED:** Defendant shall file any reply to Defendant's Motion for Summary Judgment in accordance with the Court's local rules of practice.

**4:41 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  2:04**