IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

    Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to Accept Brief in Excess of Court's Page Limits [Docket #480] and Plaintiffs Unopposed Motion for Leave to File Exhibits Out of Time [Docket #481] are **GRANTED.**  Docket # 478 and Docket #477 are accepted for filing.

    Dated:  January 12, 2007