IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

     Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

     Defendant.

_____

## ORDER OF DISMISSAL
_____

This matter is before the Court on Plaintiffs Unopposed Motion for Dismissal of Disparate Impact Claim with Prejudice [Docket # 479].  After a careful review of the Stipulation and the file, the court concludes that the disparate impact claim against Defendant should be dismissed.  Accordingly, it is

ORDERED that the Second Claim for Relief, the disparate impact claim, asserted against Defendant The Hershey Company is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:  January 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge