IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

    Plaintiffs,

v.

THE HERSHEY COMPANY,  a Delaware corporation,

    Defendant.

_____

**ORDER**
_____

THIS MATTER came before the Court on a status conference on Monday, June 4, 2007.  For the reasons stated on the record at the conference, it is

ORDERED that the parties shall set a settlement conference with Magistrate Judge Boland.  That conference shall be held within two weeks or at the earliest date available on Magistrate Judge Boland's calender.  It is

FURTHER ORDERED that by **Friday, June 15, 2007**, Plaintiffs shall designate deposition designations as to Ms. Chung and one other person to be determined by counsel.  Defendant shall file objections within seven (7) days.  Also by June 15, 2007, Plaintiffs shall file an advisement as to the schedule to designate the balance of deposition testimony, and shall include the name of the deponent and the number of pages in the deposition.  It is

FURTHER ORDERED that another status conference is set for **Monday, June 18, 2007, at 10:30 a.m.**  Trial shall be set at that time.  Finally, it is

ORDERED that the parties shall file an advisement or suggestion as to topics for potential motions in limine by **Wednesday June 13, 2007**.  If a topic is not listed in that advisement, it will not be considered by the Court.

Dated:  June 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge