IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

Defendant.

---

**ORDER**

---

THIS MATTER came before the Court on a status conference on Monday, June 18, 2007. In accordance with my rulings at the status conference as supplemented in this Order, it is

ORDERED that Defendant's request to file a new motion for summary judgment is **DENIED**. It is

FURTHER ORDERED that Defendant shall serve counter-designations and objections to the deposition designations of Jennifer Chung and Richard Lenny on Plaintiffs by **Tuesday, June 26, 2007**. Any objections to the counter-designations shall be served by Plaintiffs on Defendant by **Friday, July 6, 2007**. It is

FURTHER ORDERED that with the exception of the deposition designations of Ms. Chung, which objections will be addressed prior to trial, objections to deposition designations will be ruled on at trial. It is

FURTHER ORDERED that Plaintiffs may file motions in limine as to the issues raised in paragraphs 1 of the Notice of Plaintiffs' Motions in Limine (if the issues were raised before Magistrate Judge Boland in connection with his approval of the Pretrial Order) and 2. Plaintiffs' motions may incorporate by reference prior pleadings on the issues if desired. It is

FURTHER ORDERED that Plaintiffs may not file motions in limine as to the issues raised in paragraphs 3, 4, 5, and 6 of the Notice of Plaintiffs' Motions in Limine. As to the issue raised in paragraph 3, Defendant may not reference that issue in opening argument or in open court but shall raise this issue in a sidebar. It is

FURTHER ORDERED that Defendant may file motions in limine as to the issues raised in paragraphs 1, 2, 3, and 4 of its Suggestion of Motions *In Limine*. Defendant may incorporate by reference prior pleadings on the issue if desired. It is

FURTHER ORDERED that Defendant may not file motions in limine as to the issues raised in paragraphs 5, 6, 7, 8 and 9 of its Suggestions of Motions *In Limine*. As to the issues in paragraphs 5 and 6, Plaintiffs have stated they will not present such evidence at trial and this is made an Order of the Court. It is

FURTHER ORDERED that I will accept the parties' stipulation to bifurcate this case into a liability phase before the jury and a damages phase before the Court. The damages phase will begin immediately after the liability phase ends. It is

FURTHER ORDERED that a two-week jury trial is set to commence on liability issues only on **Tuesday, October 9. 2007**. A final trial preparation conference and hearing on motions in limine is set for **Friday, September 21, 2007 at 2:30 p.m.** It is

FURTHER ORDERED that Defendant's request to defer setting trial until the Supreme Court issues a decision in *Sprint/United Management Co. v. Mendelsohn,* Case No. 06-1221, is **DENIED**. It is

FURTHER ORDERED that the proposed deposition designation schedule filed in Plaintiff's notice of June 15, 2007, is adopted as the schedule for Plaintiffs to serve deposition designations on Defendant. Defendant has fourteen (14) days after service of such designations to serve counter-designations and objections on Plaintiffs. Any objections to counter-designations shall be served by Plaintiffs on Defendant within five (5) business days of service of such counter-designations. It is

FURTHER ORDERED that the parties shall meet and confer as to the deposition designations and objections. Final deposition designations shall be filed with the Court as to Jennifer Chung by **Friday, August 3, 2007.** Counter-designations and objections to the designations of Ms. Chung shall be filed by **Friday, August 17, 2007**. Objections to counter-designations regarding Ms. Chung shall be filed by **Friday, August 24, 2007**. It is

FURTHER ORDERED that all other deposition designations shall be filed by **Friday, August 31, 2007,** and counter-designations/objections shall be filed by **Monday, September 10, 2007**. Any objections to counter-designations shall be filed by **Wednesday, September 19, 2007**

. Dated: June 22, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge