IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

     Plaintiffs,

v.

THE HERSHEY COMPANY, a Delaware corporation,

     Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Unopposed Notice of Settlement and Motion to Stay Case Deadlines (filed August 17, 2007).  The Court, having reviewed the pleading and being fully advised in the premises, takes notice that the parties have reached a settlement agreement in principle.  Accordingly, it is

ORDERED that all current and pending case deadlines, including the August 17, 2007 deadline for Hershey's objections to Plaintiff's Submission of Designated Deposition Testimony of Jennifer Chung, are **STAYED** pending resolution of the parties' written settlement agreement and dismissal papers.  It is

FURTHER ORDERED that dismissal papers in accord with the settlement agreement or, in the event a settlement is not yet finalized, a status report, shall be filed on or before **Monday, September 17, 2007**.

Dated: August 21, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge