IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01881-WYD-BNB

CHARLES M. KOVACS,
CHRISTINE H. BUKALA,
DANNY M. TRAMMELL,
ROBERT C. McGRATH, and
JOSEPH J. RAGUSA,

    Plaintiffs,

v.

THE HERSHEY COMPANY,  a Delaware corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THE COURT, having reviewed Plaintiffs' and Defendant's Joint Motion for Dismissal of Claims, With Prejudice and, being fully advised in the premises, hereby

ORDERS that all claims that plaintiffs Charles M. Kovacs, Christine H. Bukala, Danny M. Trammell, Robert C. McGrath, and Joseph J. Ragusa (collectively, the "Plaintiffs") asserted or could have asserted against defendant, The Hershey Company ("Hershey"), are **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that, except as the Plaintiffs and Hershey may have agreed among themselves, the Plaintiffs and Hershey shall be responsible for their own respective attorneys' fees and costs incurred in connection with the claims of the Plaintiffs asserted in this action.  It is

FURTHER ORDERED that all pending motions are denied as moot.

Dated: September 17, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge